# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RAMSES DAVIS )
)
    **Plaintiff,** )
)
    v. )    **Civil Case No. 12-72 (RJL)**
)
ICI SERVICES CORPORATION )
)
    **Defendant.** )

## ORDER
(July 8 , 2013) (Dkt. #26)

For the reasons set forth in the Memorandum Opinion entered this 8 day of

July 2013, it is hereby

    **ORDERED** that the defendant's motion [DKT. #26] is **GRANTED**;

and it is further

    **ORDERED** that summary judgment be entered for defendant;

and it is further

    **ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

1